CLAUDIE WEST, JR. *v.* STATE OF MARYLAND

[No. 57, September Term, 1983.]

*Decided August 9, 1983.*

Cause was submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

Per Curiam:

We granted certiorari in this case to consider the single question of whether the trial court erred in imposing a mandatory sentence upon the petitioner pursuant to the provision of Maryland Code (1957, 1976 Repl. Vol., 1980 Cum. Supp.), Art. 27, § 643B (c).

For the reasons stated in *Raiford v. State,* 296 Md. 289, 462 A.2d 1192 (1983) sentence in this case must be vacated and the case remanded for a new sentencing hearing.

> *Sentence vacated and case remanded to the Court of Special Appeals with instructions to remand to the Circuit Court for Baltimore City for a new sentencing hearing.*
> *Costs to be paid by Mayor and City Council of Baltimore.*